# United States District Court

_____ DISTRICT OF _____

CLERKS OFFICE

2003 DEC 23 A 11: 22

U.S. DISTRICT COURT
DISTRICT OF MASS

LEAH C. O'LEARY, et. al.

**SUMMONS IN A CIVIL CASE**

V.

RICHARD W. KIEF, in his Representative Capacity as Member of the Norwood School Committee, et. al.

CASE NUMBER:

# 03-12453REK

**TO:** (Name and address of defendant)

RICHARD W. KIEF, in his Representative Capacity as Member
of the Norwood School Committee
32 Burnley Road
Norwood, MA  02062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric B. Hermanson
Tricia A. Rice
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA  02109

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
**CLERK**

**DATE** December 5, 2003

Kimberly M. Abaid
**(BY) DEPUTY CLERK**

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 12/19/03 |
| NAME OF SERVER (PRINT) | TITLE |
| Les Vail | Legal Assistant |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Counsel for the Defendant agreed to accept service. I sent by first class mail a copy of the summons and complaint to counsel.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/19/03
             Date

Signature of Server

53 State Street, Boston, MA
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.