# United States District Court

_____ DISTRICT OF _____

IN CLERKS OFFICE

LEAH C. O'LEARY, et. al.

2003 DEC 23  A 11: 22

**SUMMONS IN A CIVIL CASE**

**V.**

U.S. DISTRICT COURT
DISTRICT OF MASS. CASE NUMBER:

RICHARD M. POWER, in his Representative Capacity as Member
of the Norwood School Committee, et. al.

TO: (Name and address of defendant)

RICHARD M. POWER, in His Representative Capacity as Member
of the Norwood School Committee
100 Westover Parkway
Norwood, MA  02062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric B. Hermanson
Tricia A. Rice
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA  02109

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(BY) DEPUTY CLERK

December 5, 2003

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 12/19/03 |
|---|---|
| NAME OF SERVER (PRINT)    Les Vail | TITLE    Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

☒ Other *(specify):*  Counsel for the Defendant agreed to accept service.  I sent by first class mail a copy of the summons and complaint to counsel.

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12/19/03
　　　　　　　　*Date*

*Signature of Server*

53 State Street, Boston, MA
*Address of Server*