# United States District Court

_____ DISTRICT OF _____

FILED
IN CLERKS OFFICE

2003 DEC 23  A 11: 23

U.S. DISTRICT COURT
DISTRICT OF MASS.

LEAH C. O'LEARY, et. al.

V.

NORWOOD PUBLIC SCHOOLS SYSTEM, et al.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

# 03-12453REK

TO: (Name and address of defendant)

Norwood Public Schools System
100 Westover Parkway
Norwood, MA  02062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric B. Hermanson
Tricia A. Rice
Choate, Hall & Stewart
Exchange Place
53 State Street
Boston, MA  02109

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

December 5, 2003
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 12-5-03 |
| NAME OF SERVER (PRINT)  BARBARA BRUNEAU | TITLE  LEGAL ASSISTANT |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Attorney Michael Loughran agreed to accept service on behalf of the Defendant. I served the Complaint by facsimile and regular mail.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-5-03
            Date

Signature of Server: Barbara Bruneau

Address of Server: 53 State St., Boston, MA 02109

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.