UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.03 12453 RE

| | |
|---|---|
| LEAH C. O'LEARY, PAUL AL PLATO, KATHRYN A. SCHMITZ, AND RUSSELL P. TANNER,<br>Plaintiffs<br><br>Vs.<br><br>NORWOOD PUBLIC SCHOOLS SYSTEM; NORWOOD SCHOOL COMMITTEE; EDWARD P. QUIGLEY, IN HIS CAPACITY AS SUPERINTENDENT OF SCHOOLS FOR THE NORWOOD PUBLIC SCHOOLS, WILLIAM J. PLASKO, JR., RICHARD M. POWER, MARK P. JOSEPH, TONI M. EOSCO, AND JOHN P. RYAN, NAMED JOINTLY AND SEVERALLY AS MEMBERS OF THE NORWOOD SCHOOL COMMITTEE<br>Defendants | ))))))))))))))))) |

F I L E D
Clerk's Office
USDC, Mass.
Date  12-29-03
By _____
Deputy Clerk

### NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the DEFENDANTS with reference to the above-captioned matter.

Respectfully submitted,

*[signature]*

Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Dated: 12/26/03

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 12/26/03.

*[signature] Leonard H. Kesten*