UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO.03 12453 RE

| | |
|---|---|
| LEAH C. O'LEARY, PAUL AL PLATO, KATHRYN A. SCHMITZ, AND RUSSELL P. TANNER,<br>    Plaintiffs<br><br>Vs.<br><br>NORWOOD PUBLIC SCHOOLS SYSTEM; NORWOOD SCHOOL COMMITTEE; EDWARD P. QUIGLEY, IN HIS CAPACITY AS SUPERINTENDENT OF SCHOOLS FOR THE NORWOOD PUBLIC SCHOOLS, WILLIAM J. PLASKO, JR., RICHARD M. POWER, MARK P. JOSEPH, TONI M. EOSCO, AND JOHN P. RYAN, NAMED JOINTLY AND SEVERALLY AS MEMBERS OF THE NORWOOD SCHOOL COMMITTEE<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION FOR EXTENSION OF TIME

The defendants hereby ask that this Court extend the time within which the defendants must file a responsive pleading to and including January 28, 2004.

As reasons for this motion, counsel for the defendants state that he requires the additional time to obtain the information necessary for the preparation of a responsive pleading. The defendants have not requested any previous enlargement of time in this matter and the plaintiffs assent to this motion.

Respectfully submitted,
DEFENDANTS,
By their attorney,

*/s/ Leonard H. Kesten*
Leonard H. Kesten, BBO# 542042
BRODY, HARDOON, PERKINS & KESTEN
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Assented to:
PLAINTIFFS,
By their attorney,

*/s/ Eric B. Hermanson*
Eric B. Hermanson, BBO No. 560256
Tricia A. Rice, BBO No. 633556
Alokmanda Sinha Bose
CHOATE, HALL & STEWART
53 State Street
Boston MA 02109
617 248 5000

Dated: 12/26/03

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (hand) on 12/26/03

*/s/ Leonard H. Kesten*

# Brody, Hardoon, Perkins & Kesten, LLP
## Attorneys at Law

Richard E. Brody
Laurence E. Hardoon
Samuel Perkins
Leonard H. Kesten
Jocelyn M. Sedney

Of Counsel:
Cheryl A. Jacques
Maria E. DeLuzio

One Exeter Plaza
Boston, Massachusetts 02116

Telephone 617-880-7100
Facsimile 617-880-7171
www.bhpklaw.com

December 26, 2003

Pamela J. Fitzgerald
Jeremy I. Silverfine
Sherri Gilmore Bunick
Deidre Brennan Regan
Deborah I. Ecker
Georgia K. Critsley
Djuna E. Perkins
Thomas P. Campbell
Andrew S. Brooslin

Administrator:
Elizabeth L. Joyce

HAND DELIVERED
Civil Clerk's Office
United States District Court
One Courthouse Way
Boston, MA  02210

RE:   Leah C. O'Leary, Paul Al Plato,
      Kathryn A. Schmitz, and Russell P. Tanner
VS:   Norwood Public Schools System; Norwood School
      Committee; Edward P. Quigley, in his Capacity as
      Superintendent of Schools for The Norwood Public
      Schools, William J. Plasko, Jr., Richard M. Power,
      Mark P. Joseph, Toni M. Eosco, and John P. Ryan,
      named Jointly and Severally as Members of the
      Norwood School Committee
      Civil Action No.:  03-01631

FILED
Clerk's Office
USDC, Mass.
Date  12-29-03
By _____
    Deputy Clerk

Dear Sir/Madam:

Enclosed please find the following for docketing and filing with reference to the above-captioned matter:

1. NOTICE OF APPEARANCE; and

2. ASSENTED TO MOTION FOR EXTENSION OF TIME.

Thank you for your courtesy and cooperation.

Very truly yours,

BRODY, HARDOON, PERKINS & KESTEN, LLP

Leonard H. Kesten

LHK:dac
Enclosures
cc.   Eric B. Hermanson, Esquire
      Tricia A. Rice, Esquire
      Alokmanda Sinha Bose, Esquire
      CHOATE, HALL & STEWART
      53 State Street
      Boston MA 02109