UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.03 12453 RE

LEAH C. O'LEARY, PAUL A. PLATO,          )
KATHRYN A. SCHMITZ, AND                  )
RUSSELL P. TANNER,                       )
    Plaintiffs                           )
                                         )
                                         )
Vs.                                      )
                                         )
                                         )
NORWOOD PUBLIC SCHOOLS SYSTEM;           )
NORWOOD SCHOOL COMMITTEE;                )
EDWARD P. QUIGLEY, IN HIS CAPACITY AS    )
SUPERINTENDENT OF SCHOOLS FOR THE        )
NORWOOD PUBLIC SCHOOLS,                  )
WILLIAM J. PLASKO, JR., RICHARD W. KIEF, )
PHYLLIS H. NORWOOD, RICHARD M. POWER,    )
MARK P. JOSEPH, TONI M. EOSCO, AND JOHN P. )
RYAN, NAMED JOINTLY AND SEVERALLY AS     )
MEMBERS OF THE NORWOOD SCHOOL COMMITTEE  )
    Defendants                           )

## <u>RULE 16.1(D)(3) CERTIFICATION</u>

We, the undersigned counsel and party, affirm that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full

course - and various alternative courses - for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative

dispute resolution programs.

Respectfully submitted,
Attorneys for Defendants,

Leonard H. Kesten, BBO# 542042
Jeremy I. Silverfine, BBO#542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

John P. Ryan, individually and in
his capacity as a member of the Norwood
School Committee
Dated: 3/10/04

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO.03 12453 RE

LEAH C. O'LEARY, PAUL A. PLATO,           )
KATHRYN A. SCHMITZ, AND                    )
RUSSELL P. TANNER,                          )
    Plaintiffs                          )
                                         )
Vs.                                         )
                                         )
                                         )
NORWOOD PUBLIC SCHOOLS SYSTEM;             )
NORWOOD SCHOOL COMMITTEE;                   )
EDWARD P. QUIGLEY, IN HIS CAPACITY AS      )
SUPERINTENDENT OF SCHOOLS FOR THE          )
NORWOOD PUBLIC SCHOOLS,                     )
WILLIAM J. PLASKO, JR., RICHARD W. KIEF,   )
PHYLLIS H. NORWOOD, RICHARD M. POWER,       )
MARK P. JOSEPH, TONI M. EOSCO, AND JOHN P.  )
RYAN, NAMED JOINTLY AND SEVERALLY AS       )
MEMBERS OF THE NORWOOD SCHOOL COMMITTEE    )
    Defendants                          )

## RULE 16.1(D)(3) CERTIFICATION

We, the undersigned counsel and party, affirm that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full

course - and various alternative courses - for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative

dispute resolution programs.

Respectfully submitted,
Attorneys for Defendants,

Leonard H. Kesten, BBO# 542042
Jeremy I. Silverfine, BBO#542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Toni M. Eosco, individually and in
her capacity as a member of the Norwood
School Committee
Dated: 3/8/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO.03 12453 RE

LEAH C. O'LEARY, PAUL A. PLATO,　　　　　　)
KATHRYN A. SCHMITZ, AND　　　　　　　　　)
RUSSELL P. TANNER,　　　　　　　　　　　　)
　　　　Plaintiffs　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
Vs.　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
NORWOOD PUBLIC SCHOOLS SYSTEM;　　　　)
NORWOOD SCHOOL COMMITTEE;　　　　　　)
EDWARD P. QUIGLEY, IN HIS CAPACITY AS　　)
SUPERINTENDENT OF SCHOOLS FOR THE　　)
NORWOOD PUBLIC SCHOOLS,　　　　　　　　)
WILLIAM J. PLASKO, JR., RICHARD W. KIEF,　)
PHYLLIS H. NORWOOD, RICHARD M. POWER,　)
MARK P. JOSEPH, TONI M. EOSCO, AND JOHN P.　)
RYAN, NAMED JOINTLY AND SEVERALLY AS　)
MEMBERS OF THE NORWOOD SCHOOL COMMITTEE　)
　　　　Defendants　　　　　　　　　　　　　)

## RULE 16.1(D)(3) CERTIFICATION

We, the undersigned counsel and party, affirm that we have conferred:

(a)　　with a view to establishing a budget for the costs of conducting the full

　　　　course - and various alternative courses - for the litigation; and

(b)　　to consider the resolution of the litigation through the use of alternative

　　　　dispute resolution programs.

Respectfully submitted,
Attorneys for Defendants,

_____

Leonard H. Kesten, BBO# 542042
Jeremy I. Silverfine, BBO#542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

_____

Richard W. Kief, individually and in
His capacity as a member of the Norwood
School Committee
Dated: 3/8/04

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO.03 12453 RE

LEAH C. O'LEARY, PAUL A. PLATO,                  )
KATHRYN A. SCHMITZ, AND                          )
RUSSELL P. TANNER,                               )
     Plaintiffs                                   )
                                                 )
                                                 )
Vs.                                              )
                                                 )
                                                 )
NORWOOD PUBLIC SCHOOLS SYSTEM;                   )
NORWOOD SCHOOL COMMITTEE;                        )
EDWARD P. QUIGLEY, IN HIS CAPACITY AS            )
SUPERINTENDENT OF SCHOOLS FOR THE                )
NORWOOD PUBLIC SCHOOLS,                          )
WILLIAM J. PLASKO, JR., RICHARD W. KIEF,         )
PHYLLIS H. NORWOOD, RICHARD M. POWER,            )
MARK P. JOSEPH, TONI M. EOSCO, AND JOHN P.       )
RYAN, NAMED JOINTLY AND SEVERALLY AS             )
MEMBERS OF THE NORWOOD SCHOOL COMMITTEE          )
     Defendants                                   )

## RULE 16.1(D)(3) CERTIFICATION

We, the undersigned counsel and party, affirm that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full

course - and various alternative courses - for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative

dispute resolution programs.

Respectfully submitted,
Attorneys for Defendants,

Leonard H. Kesten, BBO# 542042
Jeremy I. Silverfine, BBO#542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Mark P. Joseph, individually and in
his capacity as a member of the Norwood
School Committee
Dated:  3|8|04

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.03 12453 RE

LEAH C. O'LEARY, PAUL A. PLATO,          )
KATHRYN A. SCHMITZ, AND                  )
RUSSELL P. TANNER,                       )
    Plaintiffs                        )
                                         )
                                         )
Vs.                                      )
                                         )
                                         )
NORWOOD PUBLIC SCHOOLS SYSTEM;           )
NORWOOD SCHOOL COMMITTEE;                )
EDWARD P. QUIGLEY, IN HIS CAPACITY AS    )
SUPERINTENDENT OF SCHOOLS FOR THE        )
NORWOOD PUBLIC SCHOOLS,                  )
WILLIAM J. PLASKO, JR., RICHARD W. KIEF, )
PHYLLIS H. NORWOOD, RICHARD M. POWER,    )
MARK P. JOSEPH, TONI M. EOSCO, AND JOHN P. )
RYAN, NAMED JOINTLY AND SEVERALLY AS     )
MEMBERS OF THE NORWOOD SCHOOL COMMITTEE  )
    Defendants                        )

## RULE 16.1(D)(3) CERTIFICATION

We, the undersigned counsel and party, affirm that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full

course - and various alternative courses - for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative

dispute resolution programs.

Respectfully submitted,
Attorneys for Defendants,

Leonard H. Kesten, BBO# 542042
Jeremy I. Silverfine, BBO#542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Phyllis H. Norwood, individually and in
her capacity as a member of the Norwood
School Committee
Dated: 10 March 2004

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.03 12453 RE

LEAH C. O'LEARY, PAUL A. PLATO,       )
KATHRYN A. SCHMITZ, AND               )
RUSSELL P. TANNER,                    )
    Plaintiffs                        )
                                      )
Vs.                                   )
                                      )
NORWOOD PUBLIC SCHOOLS SYSTEM;        )
NORWOOD SCHOOL COMMITTEE;             )
EDWARD P. QUIGLEY, IN HIS CAPACITY AS )
SUPERINTENDENT OF SCHOOLS FOR THE     )
NORWOOD PUBLIC SCHOOLS,               )
WILLIAM J. PLASKO, JR., RICHARD W. KIEF, )
PHYLLIS H. NORWOOD, RICHARD M. POWER, )
MARK P. JOSEPH, TONI M. EOSCO, AND JOHN P. )
RYAN, NAMED JOINTLY AND SEVERALLY AS  )
MEMBERS OF THE NORWOOD SCHOOL COMMITTEE )
    Defendants                        )

## RULE 16.1(D)(3) CERTIFICATION

We, the undersigned counsel and party, affirm that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full

course - and various alternative courses - for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative

dispute resolution programs.

Respectfully submitted,
Attorneys for Defendants,

Leonard H. Kesten, BBO# 542042
Jeremy I. Silverfine, BBO#542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Richard M. Power, individually and in
his capacity as a member of the Norwood
School Committee
Dated: 3/10/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.03 12453 RE

LEAH C. O'LEARY, PAUL A. PLATO,                    )
KATHRYN A. SCHMITZ, AND                            )
RUSSELL P. TANNER,                                 )
    Plaintiffs                                )
                                                   )
Vs.                                                )
                                                   )
NORWOOD PUBLIC SCHOOLS SYSTEM;                     )
NORWOOD SCHOOL COMMITTEE;                          )
EDWARD P. QUIGLEY, IN HIS CAPACITY AS              )
SUPERINTENDENT OF SCHOOLS FOR THE                  )
NORWOOD PUBLIC SCHOOLS,                            )
WILLIAM J. PLASKO, JR., RICHARD W. KIEF,           )
PHYLLIS H. NORWOOD, RICHARD M. POWER,              )
MARK P. JOSEPH, TONI M. EOSCO, AND JOHN P.         )
RYAN, NAMED JOINTLY AND SEVERALLY AS               )
MEMBERS OF THE NORWOOD SCHOOL COMMITTEE            )
    Defendants                                )

## RULE 16.1(D)(3) CERTIFICATION

We, the undersigned counsel and party, affirm that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full

course - and various alternative courses - for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative

dispute resolution programs.

Respectfully submitted,
Attorneys for Defendants,

Leonard H. Kesten, BBO# 542042
Jeremy I. Silverfine, BBO#542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

William J. Plasko, Jr., individually and
In his capacity as a member of the
Norwood School Committee ; Norwood School Committee
Dated: 3/8/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO.03 12453 RE

LEAH C. O'LEARY, PAUL A. PLATO,                )
KATHRYN A. SCHMITZ, AND                        )
RUSSELL P. TANNER,                             )
     Plaintiffs                               )
                                               )
Vs.                                            )
                                               )
NORWOOD PUBLIC SCHOOLS SYSTEM;                 )
NORWOOD SCHOOL COMMITTEE;                      )
EDWARD P. QUIGLEY, IN HIS CAPACITY AS          )
SUPERINTENDENT OF SCHOOLS FOR THE              )
NORWOOD PUBLIC SCHOOLS,                        )
WILLIAM J. PLASKO, JR., RICHARD W. KIEF,       )
PHYLLIS H. NORWOOD, RICHARD M. POWER,          )
MARK P. JOSEPH, TONI M. EOSCO, AND JOHN P.     )
RYAN, NAMED JOINTLY AND SEVERALLY AS           )
MEMBERS OF THE NORWOOD SCHOOL COMMITTEE        )
     Defendants                               )

## RULE 16.1(D)(3) CERTIFICATION

We, the undersigned counsel and party, affirm that we have conferred:

(a)    with a view to establishing a budget for the costs of conducting the full

course - and various alternative courses - for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative

dispute resolution programs.

Respectfully submitted,
Attorneys for Defendants,

Leonard H. Kesten, BBO# 542042
Jeremy I. Silverfine, BBO#542779
BRODY, HARDOON, PERKINS & KESTEN, LLP
One Exeter Plaza
Boston, MA 02116
(617) 880-7100

Edward P. Quigley, Individually and
In his capacity as Superintendent of
Schools for the Norwood Public
Schools ; Norwood Public Schools System

Dated: 3/8/04