UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LEAH C. O'LEARY, et al. | ) ) ) | CIV. NO. 03-12453-REK |
| Plaintiffs, | ) ) | **JOINT STIPULATION OF DISMISSAL** |
| v. | ) ) |  |
| NORWOOD PUBLIC SCHOOLS SYSTEM, et al. | ) ) ) |  |
| Defendants. | ) ) ) |  |

Pursuant to Fed. R. Civ. P 41(a), and subject to the settlement agreement of the parties, the parties to this action hereby stipulate to the dismissal of this action, without prejudice.

Respectfully submitted:

NORWOOD PUBLIC SCHOOLS SYSTEM, NORWOOD SCHOOL COMMITTEE, EDWARD P. QUIGLEY, IN HIS CAPACITY AS SUPERINTENDENT OF SCHOOLS FOR THE NORWOOD PUBLIC SCHOOLS, WILLIAM J. PLASKO, JR., RICHARD W. KIEF, PHYLLIS H. NORWOOD, RICHARD M. POWER, MARK P. JOSEPH, TONI M. EOSCO, AND JOHN P. RYAN, NAMED JOINTLY AND SEVERALLY AS MEMBERS OF THE NORWOOD SCHOOL COMMITTEE

By their attorneys,

Leonard H. Kesten (BBO # 542042)
BRODY, HARDOON, PERKINS
 & KESTEN,
One Exeter Plaza
Boston MA 02116
Tele: (617) 880-7100

Dated: December 13, 2004

LEAH C. O'LEARY, PAUL A. PLATO, KATHRYN A. SCHMITZ, AND RUSSELL P. TANNER

By their attorneys,

Eric B. Hermanson (BBO No. 560256)
CHOATE, HALL & STEWART
53 State Street
Boston, Massachusetts 02109
Tele: (617) 248-5000
Fax: (617) 248-4000

Sarah R. Wunsch (BBO # 548767)
AMERICAN CIVIL LIBERTIES
 UNION OF MASSACHUSETTS
99 Chauncy Street
Suite 310
Boston MA 02111
Tele: (617) 482-3170

Dated: December 13, 2004